GALLAGHER KANE AMAI
Attorneys at Law, A Law Corporation

| | |
|---|---|
| J. PATRICK GALLAGHER | 3417-0 |
| ERIN I. MACDONALD | 8931-0 |
| CATHY S. JUHN | 7877-0 |

Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Tel. No. 531-2023

Attorneys for Defendant
TEXTILE BUFF & WHEEL COMPANY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONATHAN DEWILDE WILLIAMS, ) | CIVIL NO. _____ |
| ) | |
| Plaintiff, ) | DEFENDANT TEXTILE BUFF & |
| ) | WHEEL COMPANY, INC.'S |
| vs. ) | NOTICE OF REMOVAL OF A CIVIL |
| ) | ACTION; EXHIBIT "A"; |
| COVINGTON ENGINEERING ) | DECLARATION OF J. PATRICK |
| CORP., RIO GRANDE, DAYTON ) | GALLAGHER; CERTIFICATE OF |
| ELECTRICAL MFG. CO., TEXTILE ) | SERVICE |
| BUFF & WHEEL COMPANY, INC., ) | |
| JOHN DOES 1-5, JOHN DOE ) | |
| CORPORATIONS 1-5, JOHN DOE ) | |
| PARTNERSHIPS 1-5, ROE ) | |
| NON-PROFIT ORGANIZATIONS ) | |
| 1-5, AND ROE GOVERNMENT ) | |
| AGENCIES 1-5, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### DEFENDANT TEXTILE BUFF & WHEEL COMPANY, INC.'S
### NOTICE OF REMOVAL OF A CIVIL ACTION

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII:

PLEASE TAKE NOTICE that Defendant TEXTILE BUFF & WHEEL COMPANY, INC. ("TEXTILE BUFF") hereby notices removal of this action to the United States District Court for the District of Hawaii from the Circuit Court of the Second Circuit, State of Hawaii, pursuant to 28 U.S.C. §§ 1441 and 1446.

Pursuant to 28 U.S.C. § 1332, this Court has subject matter jurisdiction to adjudicate claims where diversity of citizenship exists and the amount of controversy exceeds $75,000, exclusive of interest and costs.

The grounds for removal are as follows:

1.  On July 5, 2017, Plaintiff JONATHAN DEWILDE WILIAMS ("Plaintiff"), filed a Complaint against COVINGTON ENGINEERING CORP. ("COVINGTON"), RIO GRANDE, DAYTON ELECTRICAL MFG. CO. ("DAYTON") and TEXTILE BUFF & WHEEL COMPANY, INC. ("TEXTILE BUFF"), Civil No. 17-1-0281, in the Circuit Court of the Second Circuit, State of Hawaii. A true and correct copy of the Complaint is attached hereto as Exhibit "A". A Request to Exempt Case From the Court Annexed Arbitration Program accompanied the Complaint. No other process, pleadings, or orders have been served

upon TEXTILE BUFF in this action.

2. Plaintiffs' Complaint alleges injuries and/or damages as a result of an accident that occurred on or about September 8, 2016 when in the operation of a product at his residence, Plaintiff partially lost his thumb. Plaintiff asserts the Defendants researched, designed, tested, manufactured, advertised and/or sold the product.

3. TEXTILE BUFF was served with the Summons and Complaint on August 24, 2017 by certified mail. The defense of the suit was later tendered to Liberty Mutual Insurance Company who assigned counsel for TEXTILE BUFF. Counsel obtained an extension to respond to the Complaint by September 29, 2017.

4. Plaintiff's action involves individual and corporate citizens of different states.  In this regard, Plaintiff alleges that at all relevant times he was a resident of the County of Maui, State of Hawaii. TEXTILE BUFF is a corporation organized and existing under the laws of the State of Massachusetts, with its principal place of business in Massachusetts.  COVINGTON, RIO GRANDE and DAYTON are not alleged to be citizens of the State of Hawaii, and a search of the Hawaii State government website reveals that they are not registered as Hawaii corporations. Therefore, there is complete diversity between Plaintiff and Defendants in this action.

5. Plaintiff's Complaint in this action requests unspecified compensatory

damages. But it was delivered with a Request to Exempt Case From the Court Annexed Arbitration Program with Plaintiff's assertion the case has a value in excess of $150,000. Thus, the amount in controversy, exclusive of interest and costs, exceeds the $75,000 jurisdictional threshold under 28 U.S.C. § 1332(a).

6. Thus, it was on August 24, 2017, TEXTILE BUFF first ascertained that the amount in controversy, exclusive of interest and costs, exceeds the $75,000 jurisdictional threshold under 28 U.S.C. § 1332(a) and that this action is therefore removable. (See Declaration of J. Patrick Gallagher dated September 25, 2017.). With allowance for the weekend, this notice of removal is filed with this Court within 30 days after the date on which TEXTILE BUFF received notice of suit and notice of information to ascertain that this action is removable pursuant to 28 U.S.C. § 1446(b)(3).

7. RIO GRANDE has authorized TEXTILE BUFF to certify that RIO GRANDE consents to removal of this action. TEXTILE BUFF is not aware of an appearance of counsel for any of the other Defendants.

8. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332, and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

9. TEXTILE BUFF will promptly file a copy of this petition for removal

with the Circuit Court of the Second Circuit, State of Hawaii.

Wherefore, TEXTILE BUFF prays that this action be removed from the Circuit Court for this Court.

DATED: Honolulu, Hawaii, September 25, 2017.

        /s/ J. Patrick Gallagher
        J. PATRICK GALLAGHER
        ERIN I. MACDONALD
        CATHY S. JUHN

        Attorneys for Defendant
        TEXTILE BUFF &
        WHEEL COMPANY, INC.