| CIVIL 17-00481-KJM |
|---|

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Sep 25, 2017

At __2__ oclock and __30__ min __p.m.__

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[ ]   ORDER SETTING STATUS CONFERENCE

for **Monday, October 30, 2017** at 9:30 a.m. before:

[ ]   Magistrate Judge Kevin S.C. Chang in Courtroom 7

[ ]   Magistrate Judge Richard L. Puglisi in Chambers

[✔]   Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Monday, September 25, 2017.

/s/ J. Michael Seabright
Chief, U.S. District Judge

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**