Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

| | |
|---|---|
| WESLEY H. H. CHING | 2896 |
| NICHOLAS P. CHING | 9743 |

Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
Email:       whc@fmhc-law.com
             npc@fmhc-law.com

Attorneys for Defendant
DAYTON ELECTRIC MANUFACTURING CO.
(improperly named as "Dayton Electrical Manufacturing Co.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF HAWAII

| | |
|---|---|
| JONATHAN DEWILDE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COVINGTON ENGINEERING CORP., RIO GRANDE, DAYTON ELECTRICAL MFG. CO., TEXTILE BUFF & WHEEL COMPANY, INC., JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT ORGANIZATIONS 1-5, AND ROE GOVERNMENT AGENCIES 1-5,<br><br>Defendants. | CIVIL NO. 17-00481-KJM<br>(Non-Motor Vehicle Tort)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST AND ALL CROSS-CLAIMS BY AND AGAINST DEFENDANT DAYTON ELECTRIC MANUFACTURING CO.<br><br><br>Trial Date: May 21, 2019<br>Trial Judge:<br>The Honorable Kenneth J. Mansfield |

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST AND ALL CROSS-CLAIMS BY AND <u>AGAINST DEFENDANT DAYTON ELECTRIC MANUFACTURING CO.</u>

IT IS HERBY STIPULATED AND AGREED, by and between counsel for Plaintiff JONATHAN DEWILDE WILLIAMS ("Plaintiff") and Defendant DAYTON ELECTRIC MANUFACTURING CO. (improperly named as "Dayton Electrical Manufacturing Co.) ("Defendant Dayton"), pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, that any and all claims contained in Plaintiff's Complaint filed on July 5, 2017 against Defendant Dayton are hereby dismissed with prejudice, each party to bear his or its own costs and attorney's fees.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for Defendant Dayton, Defendant COVINGTON ENGINEERING CORP., Defendant RIO GRANDE, and Defendant TEXTILE BUFF & WHEEL COMPANY, INC., that any and all cross-claims by and against Defendant Dayton are dismissed with prejudice, each party to bear its own costs and attorney's fees.

There are no remaining claims against Defendant Dayton. Defendant Dayton further hereby withdraws its currently pending Motion for Summary Judgment filed December 19, 2018, upon entry of this stipulation for dismissal with prejudice. All counsel for appearing parties have signed this Stipulation for Dismissal with Prejudice of Plaintiff's claims against and all cross-claims by and against Defendant Dayton.

All claims asserted by Plaintiff against Defendant COVINGTON

2

ENGINEERING CORP., Defendant RIO GRANDE, or Defendant TEXTILE BUFF & WHEEL COMPANY, INC., pertaining to Plaintiff shall remain in this case.  All cross-claims between Defendant COVINGTON ENGINEERING CORP., Defendant RIO GRANDE, and Defendant TEXTILE BUFF & WHEEL COMPANY, INC. in this matter shall remain in this case.

DATED:  Honolulu, Hawaii,     January 24, 2019                .

   /s/ James Krueger
JAMES KRUEGER
Attorney for Plaintiff
JONATHAN DEWILDE WILLIAMS


   /s/ Gary S. Miyamoto
GARY S. MIYAMOTO
Attorney for Defendant
COVINGTON ENGINEERING CORP.


   /s/    Barbara J. Kirschenbaum
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendant
RIO GRANDE


   /s/    J. Patrick Gallagher
J. PATRICK GALLAGHER
KAMALOLO K. KOANUI-KONG
Attorneys for Defendant
TEXTILE BUFF & WHEEL COMPANY, INC.

      /s/ Wesley H.H. Ching
WESLEY H.H. CHING
NICHOLAS P. CHING
Attorneys for Defendant
DAYTON ELECTRIC MANUFACTURING
CO. (improperly named as "Dayton Electrical
Manufacturing Co.)

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, January 25, 2019.



Kenneth J. Mansfield
United States Magistrate Judge

_____
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST AND ALL CROSS-CLAIMS BY AND AGAINST DEFENDANT DAYTON ELECTRIC MANUFACTURING CO.

*Jonathan Dewilde Williams v. Covington Engineering Corp., et al.,* CIVIL NO. 17-00481-KJM

4