LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
clove@lkhawaii.com

Attorneys for Defendant
RIO GRANDE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONATHAN DEWILDE WILLIAMS, | CIVIL NO. CV17-00481 KJM |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT RIO GRANDE'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [ECF #114], FILED 3/12/19 |
| COVINGTON ENGINEERING CORP., RIO GRANDE, DAYTON ELECTRICAL MFG. CO., TEXTILE BUFF & WHEEL COMPANY, INC., JOHN DOES 1-5, JOHN DOE CORPORATIONS 1-5, JOHN DOE PARTNERSHIPS 1-5, ROE NON-PROFIT ORGANIZATIONS 1-5, AND ROE GOVERNMENT AGENCIES 1-5, | Trial Date:   05/21/19<br>Trial Judge:  Kenneth J. Mansfield |
| Defendants. | |

**ORDER GRANTING DEFENDANT RIO GRANDE'S
PETITION FOR DETERMINATION OF GOOD
FAITH SETTLEMENT [ECF #114], FILED 3/12/19**

On March 12, 2019, Defendant Rio Grande ("Rio") filed its Petition for Determination of Good Faith Settlement ("Petition"). [ECF #114.] The Petition seeks a determination that the settlement among Plaintiff Jonathan DeWilde Williams, Defendant Rio, and Defendant Textile Buff & Wheel Company, Inc. ("Textile"), upon full execution, will be made in good faith pursuant to Hawaii Revised Statutes ("HRS")§ 663-15.5 such that Rio and Textile are completely discharged from any and all liability for any contribution to and/or indemnification to any other joint tortfeasor or co-obligor. The Petition specifically represents that all statutory notice requirements have been met and that all remaining parties to this action have consented to the relief sought in the Petition.

WHEREFORE, after carefully considering the Petition and the terms of the proposed settlement, along with the factors set forth in *Troyer v. Adams*, 102 Haw. 399, 77 P.3d 83 (2003), and HRS § 663-15.5, Rio's Petition is hereby GRANTED.

IT IS HEREBY ORDERED that:

(a)   The settlement was made in good faith pursuant to Hawaii Revised Statutes § 663-15.5; and

    (b)    Proper notice was given to all known joint tortfeasors and co-obligors in this action and all of the notice requirements of HRS § 663-15.5 have been fully satisfied; and

    (c)    Defendants Rio and Textile are fully and completely discharged from any and all liability for any contribution to and/or indemnification to any other joint tortfeasor or co-obligor.

Dated: Honolulu, Hawaii, March 14, 2019.

APPROVED AND SO ORDERED.



_____
Kenneth J. Mansfield
United States Magistrate Judge

---

Jonathan DeWilde Williams v. Covington Engineering Corp., et al.; Civil No. CV17-1-00481-KJM, United States District Court, District of Hawaii; ORDER GRANTING DEFENDANT RIO GRANDE'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT [ECF #114], FILED 3/12/19

- 3 -