AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JONATHAN DEWILDE WILLIAMS | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 17-00481 KJM |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 28, 2019<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| COVINGTON ENGINEERING CORP.; RIO GRANDE; DAYTON ELECTRICAL MFG. CO.; TEXTILE BUFF & WHEEL COMPANY, INC.; JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE NON-PROFIT ORGANIZATIONS 1-5; and ROE GOVERNMENTAL AGENCIES 1-5,<br>Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

On March 11, 2019, the Court issued its Order, ECF 112: "ORDER GRANTING DEFENDANT COVINGTON ENGINEERING CORP.'S MOTION FOR SUMMARY JUDGMENT AS TO ALL CLAIMS" ("March 11, 2019 Order"),

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Defendant COVINGTON ENGINEERING CORP. and entered as pursuant to and in accordance with the March 11, 2019 Order.

| | |
|---|---|
| March 28, 2019 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by J.O., Deputy Clerk |
| | (By) Deputy Clerk |